**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Chad F. Clement, Esq.
Nevada Bar No. 12192
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
cclement@maclaw.com
jmoser@maclaw.com
*Attorneys for Clark County*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RSA PROTECTIVE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY,<br><br>Defendant. | Case No. 2:20-CV-00143-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff RSA Protective Technologies, LLC ("Plaintiff"), by and through its attorneys of record, the law firms of Kolesar & Leatham and Haug Partners LLP, and Defendant Clark County ("Defendant"), by and through its attorneys, the law firm of Marquis Aurbach Coffing, hereby stipulate and agree as follows:

1. Plaintiff filed its Complaint [ECF No. 1] on January 21, 2020.

2. Defendant was served February 7, 2020, making its response to the Complaint due February 28, 2020.

3. The parties stipulate and agree to extend Defendant's deadline to answer or otherwise respond to the Complaint by sixty (60) days, up to and including April 28, 2020.

4. The purpose of this extension is to allow Defendant and its counsel to tender defense and indemnification demands to the prime contractors with which Defendant

Page 1 of 3

1 contracted for the bollard project(s), evaluate potential liability of subcontractors for
2 purposes of indemnification demands, and to allow Defendant's counsel sufficient time to
3 investigate the facts surrounding the claims and defenses in this case.  Further, the extension
4 will conserve the Court's and the parties' resources.

5      5. This is the first request for an extension of Defendant's deadline to answer or
6 otherwise respond to the Complaint, and the extension is not being sought for improper
7 purposes or to delay.

8 / / /
9 / / /
10 / / /
11 / / /
12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX: (702) 382-5816

MAC:15090-007 3976445_1.docx 2/21/2020 8:39 AM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

6. Therefore, in view of the foregoing, the parties respectfully request the Court to allow Defendant's time to respond to the Complaint to be extended by sixty (60) days, up to and including April 28, 2020.*Clark County*

Dated this 21st day of February, 2020.

| MARQUIS AURBACH COFFING | HAUG PARTNERS LLP |
|---|---|
| By: /s/ Jared M. Moser<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>Chad F. Clement, Esq.<br>Nevada Bar No. 12192<br>Jared M. Moser, Esq.<br>Nevada Bar No. 13003<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Telephone: (702) 382-0711<br>Facsimile: (702) 382-5816<br>canderson@maclaw.com<br>cclement@maclaw.com<br>jmoser@maclaw.com<br><br>*Attorneys for Defendant Clark County* | By: /s/ Joseph V. Saphia<br>Joseph V. Saphia, Esq. (Pro Hac Vice)<br>Jessica H. Zafonte, Esq. (Pro Hac Vice)<br>745 Fifth Avenue<br>New York, NY 10151<br>Telephone: (212) 588-0800<br>Facsimile: (212) 588-0500<br>jsaphia@haugpartners.com<br>JZafonte@haugpartners.com<br><br>KOLESAR & LEATHAM<br><br>Robert J. Caldwell, Esq.<br>Nevada Bar No. 007637<br>Jonathan D. Blum, Esq.<br>Nevada Bar No. 009515<br>Amanda K. Baker, Esq.<br>Nevada Bar No. 015172<br>400 South Rampart Boulevard, Suite 400<br>Las Vegas, Nevada 89145<br>Telephone: (702) 362-7800<br>Facsimile: (702) 362-9472<br>rcaldwell@klnevada.com<br>jblum@klnevada.com<br>abaker@klnevada.com<br><br>*Attorneys for Plaintiff RSA Protective Technologies, LLC* |

**ORDER**

IT IS SO ORDERED, this 24th day of February, 2020.

_____
UNITED STATES MAGISTRATE JUDGE