**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Chad F. Clement, Esq.
Nevada Bar No. 12192
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
cclement@maclaw.com
jmoser@maclaw.com
*Attorneys for Clark County*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| RSA PROTECTIVE TECHNOLOGIES, LLC, | Case No. 2:20-CV-00143-RFB-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| CLARK COUNTY, | **[SECOND REQUEST]** |
| Defendant. | |

Plaintiff RSA Protective Technologies, LLC ("Plaintiff"), by and through its attorneys of record, the law firms of Fox Rothschild, LLP and Haug Partners LLP; and Defendant Clark County ("Defendant," and with Plaintiff, the "Parties"), by and through its attorneys of record, the law firm of Marquis Aurbach Coffing, hereby stipulate and agree as follows:

1.  Plaintiff filed its Complaint [ECF No. 1] on January 21, 2020.

2.  Defendant was served February 7, 2020, making its response to the Complaint due February 28, 2020.

3.  On or about February 24, 2020, the Parties agreed and stipulated to a 60-day extension of Defendant's deadline to answer or otherwise respond to the Complaint to

MAC:15090-007 4022994_1 4/9/2020 1:19 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

resolve defense and indemnification issues, evaluate potential subcontractor liability, and conduct fact investigation relative to the claims and defenses herein.

4.     As that process continues in good faith, and the Parties are now engaged in settlement discussions, the Parties now stipulate and agree to extend Defendant's deadline to answer or otherwise respond to the Complaint by an additional thirty (30) days, up to and including May 28, 2020.

5.     This is the second request for an extension of Defendant's deadline to answer or otherwise respond to the Complaint, and the extension is not being sought for improper purposes or to delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:15090-007 4022994_1 4/9/2020 1:19 PM

6. Therefore, in view of the foregoing, the Parties respectfully request the Court to allow Defendant's time to respond to the Complaint to be extended by thirty (30) days, up to and including May 28, 2020.

Dated this 9th day of April, 2020.

MARQUIS AURBACH COFFING                    FOX ROTHSCHILD, LLP

By:  /s/ Jared M. Moser                               By:  /s/ Robert J. Caldwell
    Craig R. Anderson, Esq.                              Robert J. Caldwell, Esq.
    Nevada Bar No. 6882                                  Nevada Bar No. 007637
    Chad F. Clement, Esq.                                One Summerlin
    Nevada Bar No. 12192                                 1980 Festival Plaza Drive, Suite 700
    Jared M. Moser, Esq.                                 Las Vegas, Nevada 89135
    Nevada Bar No. 13003                                 Telephone: (702) 262-6899
    10001 Park Run Drive                                 Facsimile: (702) 597-5503
    Las Vegas, Nevada 89145                              RCaldwell@foxrothschild.com
    Telephone: (702) 382-0711
    Facsimile: (702) 382-5816
    canderson@maclaw.com                        HAUG PARTNERS, LLP
    cclement@maclaw.com
    jmoser@maclaw.com                                Joseph V. Saphia, Esq. (Pro Hac Vice)
                                                                         Jessica H. Zafonte, Esq. (Pro Hac Vice)
*Attorneys for Defendant Clark County*                 745 Fifth Avenue
                                                                         New York, NY 10151
                                                                         Telephone: (212) 588-0800
                                                                         Facsimile: (212) 588-0500
                                                                         jsaphia@haugpartners.com
                                                                         jzafonte@haugpartners.com

                                                                         *Attorneys for Plaintiff RSA Protective Technologies, LLC*

## ORDER

IT IS SO ORDERED, this 10 day of April, 2020.

UNITED STATES MAGISTRATE JUDGE

MAC:15090-007 4022994_1 4/9/2020 1:20 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816