DICKINSON WRIGHT PLLC
John L. Krieger, Nevada Bar No. 6023
Email: JKrieger@dickinsonwright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169-0965
Tel:    702-550-4400
Fax:   844-670-6009

DICKINSON WRIGHT PLLC
Steven A. Caloiaro, Nevada Bar No. 12344
Email: SCaloiaro@dickinson-wright.com
100 West Liberty Street, Suite 940
Reno, NV 89501-1991
Tel:    775-343-7500
Fax:   844-670-6009

WINSTEAD PC
Tom Van Arsdel, Esq. (Admitted *Pro Hac Vice*)
E-mail: tvanarsdel@winstead.com
600 Travis Street, Suite 5200
Houston, Texas 77002
713.650.2728 direct
713.650.2400 fax

*Attorneys for Defendant*
CLARK COUNTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| RSA PROTECTIVE TECHNOLOGIES, LLC, | CASE NO.: 2:20-cv-00143-RFB-EJY |
|---|---|
| Plaintiff, | **STIPULATION TO WITHDRAW DEFENDANT CLARK COUNTY'S MOTION TO STAY (ECF No. 23)** |
| v. | |
| CLARK COUNTY, | |
| Defendant. | |

Defendant Clark County and Plaintiff RSA Protective Technologies, LLC ("RSA"), by and through their undersigned counsel of record, hereby stipulate to the withdrawal of Clark County's Motion to Stay (ECF No. 23) that sought to stay the action pending resolution of an ex parte reexamination of U.S. Patent No. 6,215,865 (the "'865 Patent") filed on May 28, 2020 (ECF Doc. No. 23) due to the Patent Office's termination of the reexamination after the claims of the '865 patent were confirmed as patentable because the prior art of record in the reexamination proceeding does not teach a bollard structure, comprising, *inter alia*, at least one first structural member and

1

at least one structural member, wherein the at least one first structural member or the at least one structural member are configured or tied together to retain within the base supporting media.

**IT IS SO STIPULATED.**

| Dated this 15th day of July 2020. | Dated this 15th day of July 2020. |
|---|---|
| **DICKINSON WRIGHT PLLC** | **FOX ROTHSCHILD LLP** |
| */s/ John L. Krieger*<br>John L. Krieger<br>Email: JKrieger@dickinsonwright.com<br>3883 Howard Hughes Parkway, Suite 800<br>Las Vegas, Nevada  89169-0965<br><br>Steven A. Caloiaro<br>Nevada Bar No. 12344<br>Email:  SCaloiaro@dickinson-wright.com<br>100 West Liberty Street, Suite 940<br>Reno, NV  89501-1991<br><br>WINSTEAD PC<br>Tom Van Arsdel, Esq.  (Admitted *Pro Hac Vice*)<br>E-mail:  tvanarsdel@winstead.com<br>600 Travis Street, Suite 5200<br>Houston, Texas  77002<br><br>*Attorneys for Defendant*<br>*CLARK COUNTY* | */s/ Robert J. Caldwell*<br>Robert J. Caldwell<br>Email: rcaldwell@foxrothschild.com<br>One Summerlin<br>1980 Festival Plaza Dr<br>Suite 700<br>Las Vegas, NV 89135<br><br>HAUG PARTNERS LLP<br>Joseph V. Saphia<br>Email: jsaphia@haugpartners.com<br>Jessica Zafonte<br>Email: jzafonte@haugpartners.com<br>745 Fifth Avenue<br>10th Floor<br>New York, NY 10151<br><br><br>*Attorneys for Plaintiff*<br>*RSA PROTECTIVE TECHNOLOGIES, LLC* |

## ORDER

IT IS SO ORDERED, this 20th day of July, 2020.

_____
The Honorable Richard F. Boulware II
UNITED STATES DISTRICT JUDGE



**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of July, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Jessica Zafonte
Haug Partners LLP
745 Fifth Avenue
10th Floor
New York, NY 10151
212-863-2165
Email: jzafonte@haugpartners.com

Joseph V Saphia
Haug Partners LLP
745 Fifth Avenue
10th Floor
New York, NY 10151
212-863-2673
Fax: 212-588-0800
Email: jsaphia@haugpartners.com

Robert J. Caldwell
Fox Rothschild LLP
One Summerlin
1980 Festival Plaza Dr
Ste 700
Las Vegas, NV 89135
702-262-6899
Fax: 702-597-5503
Email: rcaldwell@foxrothschild.com

Chad Clement
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, NV 89130
702-821-2427
Fax: 702-856-8914
Email: cclement@maclaw.com

Craig R. Anderson
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, NV 89145
702-382-0711
Fax: 702-382-5816
Email: canderson@marquisaurbach.com

Jared M. Moser
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, NV 89145
702-382-0711
Fax: 702-382-5816
Email: jmoser@maclaw.com

/s/ Melinda Cochrum
An Employee of Dickinson Wright PLLC

4850-1041-0946 v2 [92904-1]

